PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>HIPOLITO C. AUDEVES,<br><br>                    Defendant. | Case No. 1:23-po-00171-SAB<br><br>[Citation #E1527630 CA/83]<br><br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00171-SAB [Citation #E1527630 CA/83] against HIPOLITO C. AUDEVES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 28, 2023                         Respectfully submitted,

                                                 PHILLIP A. TALBERT
                                                 United States Attorney

                                         By:     /s/ *Jeffrey A. Spivak*
                                                 JEFFREY A. SPIVAK
                                                 Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00171-SAB [Citation #E1527630 CA/83] against HIPOLITO C. AUDEVES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **November 29, 2023**

UNITED STATES MAGISTRATE JUDGE